# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR HUGO ROCHA-BAUTISTA, <br><br> Defendant. | Case No. 16-cr-1947-BAS <br><br> **JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** <br><br> **[ECF No. 24]** |

Presently before the Court is the United States of America's motion to dismiss the information without prejudice. Having provided an adequate factual basis justifying dismissal, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the information against Victor Hugo Rocha-Bautista. *See* Fed. R. Crim. P. 48(a); *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014) (Moskowitz, C.J.).

   **IT IS SO ORDERED.**

**DATED:  December 6, 2016**

Hon. Cynthia Bashant
United States District Judge